AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Mack Al Green

V.

Bureau of Prisons

**JUDGMENT IN A CIVIL CASE**

Case Number: 00-819 JRT/JMM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's Motion to Reconsider Writ of Habeas Corpus as to Grounds Two and Three is denied and Grounds Two and Three of the motion are dismissed with prejudice.

2. Petitioner's Motion for Status of Motion for Reconsideration is denied as moot.

November 12, 2002
Date

RICHARD D. SLETTEN, CLERK

Shirley Hansen

(By) Shirley Hansen, Deputy Clerk

K:\XFR\firns\civil\Cklist.frm

Modified:10/27/02