**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MACK AL GREEN, Civil No. 00-819 (JRT/JMM)

Petitioner,

v. **ORDER**

BUREAU OF PRISONS,

Respondent.

---

Mack Al Green, 7331 Nicollet Avenue South, Richfield, MN 55423, *pro se*.

Jeffrey S. Paulsen, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, for respondents.

On November 12, 2002, this Court entered an Order denying the motion of petitioner Mack Al Green ("Green") for habeas corpus relief pursuant to 28 U.S.C. § 2241. At the time, Green was in federal custody at the Federal Correctional Institution in Waseca, Minnesota. On November 21, 2002, Green filed with this Court a Notice of Appeal to the United States Court of Appeals for the Eighth Circuit. On November 22, 2002, Green was released from federal custody. Upon considering the respondent Bureau of Prisons' motion to dismiss, the Eighth Circuit determined that Green's case is therefore moot, and ordered the case remanded to this Court with instructions to vacate

FILED 4·28·03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. 4·28·03
DEPUTY CLERK

its judgment and dismiss Green's petition as moot. Therefore, pursuant to the order of the Court of Appeals, **IT IS HEREBY ORDERED** that:

1. The Court's Judgment of November 21, 2002 [Docket No. 46] is **VACATED**.

2. Petitioner's motion to grant relief pursuant to 28 U.S.C. § 2241 [Docket No. 5] is **DISMISSED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: April 28, 2003
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

# UNITED STATES DISTRICT COURT
## District of Minnesota

700 Federal Building
316 North Robert Street
St. Paul, MN 55101

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

417 Federal Building
515 West First Street
Duluth, MN 55802

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

> ***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.