# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 02-4049

CV00-819 JRT/JMM

| | | |
|---|---|---|
| Mack Al Green,<br><br>Appellant,<br><br>vs.<br><br>Bureau of Prisons, R.L. Stiff, Warden; Wendy J. Roal, Administrator; Pam Agrimson, Case Manager; Kathleen Hawk-Sawyer, Director; R. Lammi, Counselor,<br><br>Appellees. | * | Appeal from the United States District Court for the District of Minnesota |

**JUDGMENT**

Upon consideration of the motion to dismiss filed by the Bureau of Prisons and appellant Mack Al Green's response, the case is hereby remanded to the district court with instructions to vacate its judgment and to dismiss as moot the Section 2241 habeas petition.

(5361-010199)

April 10, 2003

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

FILED 6.9.03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK VEM